IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 1:06-mj-01235-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KENNETH FLOOD,

    Defendant.

## ORDER TO DISMISS

Upon consideration of the Government's Motion to Dismiss Complaint [Filed February 7, 2007; Docket #3], and for good cause shown, it is hereby

ORDERED that the Complaint be dismissed as to defendant KENNETH FLOOD, resulting in dismissal of this action in its entirety.

DATED this 9th day of February, 2007.

                        BY THE COURT:

                        s/ Michael E. Hegarty
                        Michael E. Hegarty
                        United States Magistrate Judge